IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

21-21598

| | | |
|---|---|---|
| In Re: **Gale Phay Zilko** | : : : : Debtor : : | Bankruptcy No. Chapter **13** |
| **Gale Phay Zilko** Movant | : : : : : : : | Related to Document No. 1 |
| v. No Respondent | : : : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,  __**Dennis Spyra 46188**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Dennis Spyra**
Signature
**Dennis Spyra 46188**
Typed Name
**1711 Lincoln Way**
**McKeesport, PA 15131**
Address
**412-471-7675**
Phone No.
**46188 PA**
List Bar I.D. and State of Admission

21-21598

East Allegheny School District
c/o Amanda L. Mulheren, Esquire
546 Wendel Rd
Irwin, PA 15642

21-21598

East Allegheny School District
c/o Amanda L. Mulheren, Esquire
546 Wendel Rd