**PRINT INQUIRY** — Close Window — Click Here to Print this Page

| 21-21598JAD | GALE PHAY ZILKO (xxx-xx-8063) | 1009 EDWARD ST • NORTH VERSAILLES • PA • 15137 | $2,283.00 MO | Bar Date(s): | 9/21/2021 (has passed) 1/9/2022 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 11/17/2021 |
| | Trustee: Ronda J. Winnecour | Attorney: DENNIS J SPYRA ESQ | | Case Status: | ACTIVE |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 8/1/2021 | 10.00 | $1,275.00 | MONTHLY | GALE PHAY ZILKO | | None |
| 6/1/2022 | end of plan | $2,283.00 | MONTHLY | GALE PHAY ZILKO | | None |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| 8/31/2021 | ($25.00) | CONF OE 11/17/21 |
| 5/31/2022 | $3,675.00 | CONF OE 6/3/22 |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 8/1/2021 | 8/31/2021 | $1,275.00 | $1,275.00 |
| 2 | 9/1/2021 | 9/30/2021 | $1,275.00 | $2,550.00 |
| 3 | 10/1/2021 | 10/31/2021 | $1,275.00 | $3,825.00 |
| 4 | 11/1/2021 | 11/30/2021 | $1,275.00 | $5,100.00 |
| 5 | 12/1/2021 | 12/31/2021 | $1,275.00 | $6,375.00 |
| 6 | 1/1/2022 | 1/31/2022 | $1,275.00 | $7,650.00 |
| 7 | 2/1/2022 | 2/28/2022 | $1,275.00 | $8,925.00 |
| 8 | 3/1/2022 | 3/31/2022 | $1,275.00 | $10,200.00 |
| 9 | 4/1/2022 | 4/30/2022 | $1,275.00 | $11,475.00 |
| 10 | 5/1/2022 | 5/31/2022 | $1,275.00 | $12,750.00 |
| Total | | | | $12,750.00 |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/1/2022 | 6/30/2022 | $2,283.00 | $2,283.00 |
| 2 | 7/1/2022 | 7/31/2022 | $2,283.00 | $4,566.00 |
| 3 | 8/1/2022 | 8/31/2022 | $2,283.00 | $6,849.00 |
| 4 | 9/1/2022 | 9/30/2022 | $2,283.00 | $9,132.00 |
| 5 | 10/1/2022 | 10/31/2022 | $2,283.00 | $11,415.00 |
| 6 | 11/1/2022 | 11/30/2022 | $2,283.00 | $13,698.00 |
| 7 | 12/1/2022 | 12/31/2022 | $2,283.00 | $15,981.00 |
| 8 | 1/1/2023 | 1/31/2023 | $2,283.00 | $18,264.00 |
| 9 | 2/1/2023 | 2/28/2023 | $2,283.00 | $20,547.00 |
| 10 | 3/1/2023 | 3/31/2023 | $2,283.00 | $22,830.00 |
| 11 | 4/1/2023 | 4/30/2023 | $2,283.00 | $25,113.00 |
| 12 | 5/1/2023 | 5/31/2023 | $2,283.00 | $27,396.00 |
| 13 | 6/1/2023 | 6/30/2023 | $2,283.00 | $29,679.00 |
| 14 | 7/1/2023 | 7/31/2023 | $2,283.00 | $31,962.00 |
| 15 | 8/1/2023 | 8/31/2023 | $2,283.00 | $34,245.00 |
| 16 | 9/1/2023 | 9/30/2023 | $2,283.00 | $36,528.00 |
| 17 | 10/1/2023 | 10/31/2023 | $2,283.00 | $38,811.00 |
| 18 | 11/1/2023 | 11/30/2023 | $2,283.00 | $41,094.00 |
| 19 | 12/1/2023 | 12/31/2023 | $2,283.00 | $43,377.00 |
| 20 | 1/1/2024 | 1/31/2024 | $2,283.00 | $45,660.00 |
| 21 | 2/1/2024 | 2/29/2024 | $2,283.00 | $47,943.00 |
| 22 | 3/1/2024 | 3/31/2024 | $2,283.00 | $50,226.00 |
| 23 | 4/1/2024 | 4/30/2024 | $2,283.00 | $52,509.00 |
| 24 | 5/1/2024 | 5/31/2024 | $2,283.00 | $54,792.00 |
| 25 | 6/1/2024 | 6/30/2024 | $2,283.00 | $57,075.00 |
| 26 | 7/1/2024 | 7/31/2024 | $2,283.00 | $59,358.00 |
| 27 | 8/1/2024 | 8/31/2024 | $2,283.00 | $61,641.00 |
| 28 | 9/1/2024 | 9/30/2024 | $2,283.00 | $63,924.00 |
| 29 | 10/1/2024 | 10/31/2024 | $2,283.00 | $66,207.00 |
| 30 | 11/1/2024 | 11/30/2024 | $2,283.00 | $68,490.00 |
| 31 | 12/1/2024 | 12/31/2024 | $2,283.00 | $70,773.00 |

| Period | Date | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 32 | 1/1/2025 | 1/31/2025 | | $2,283.00 | $73,056.00 |
| 33 | 2/1/2025 | 2/28/2025 | | $2,283.00 | $75,339.00 |
| 34 | 3/1/2025 | 3/31/2025 | | $2,283.00 | $77,622.00 |
| 35 | 4/1/2025 | 4/30/2025 | | $2,283.00 | $79,905.00 |
| Total | | | | | **$79,905.00** |

### Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 8/2021 | $1,275.00 | $1,300.00 | ($25.00) (CONF OE 11/17/21) | $0.00 |
| 2 | 9/2021 | $1,275.00 | | | $1,275.00 |
| 3 | 10/2021 | $1,275.00 | $1,300.00 | | $1,250.00 |
| 4 | 11/2021 | $1,275.00 | $2,600.00 | | ($75.00) |
| 5 | 12/2021 | $1,275.00 | | | $1,200.00 |
| 6 | 1/2022 | $1,275.00 | | | $2,475.00 |
| 7 | 2/2022 | $1,275.00 | $2,600.00 | | $1,150.00 |
| 8 | 3/2022 | $1,275.00 | | | $2,425.00 |
| 9 | 4/2022 | $1,275.00 | $1,300.00 | | $2,400.00 |
| 10 | 5/2022 | $1,275.00 | | $3,675.00 (CONF OE 6/3/22) | $0.00 |
| 11 | 6/2022 | $2,283.00 | $1,300.00 | | $983.00 |
| 12 | 7/2022 | $2,283.00 | $1,300.00 | | $1,966.00 |
| 13 | 8/2022 | $2,283.00 | | | $4,249.00 |
| 14 | 9/2022 | $2,283.00 | $1,300.00 | | $5,232.00 |
| 15 | 10/2022 | $2,283.00 | $1,300.00 | | $6,215.00 |
| 16 | 11/2022 | $2,283.00 | $1,300.00 | | $7,198.00 |
| 17 | 12/2022 | $2,283.00 | $1,300.00 | | $8,181.00 |
| 18 | 1/2023 | $2,283.00 | $2,600.00 | | $7,864.00 |
| 19 | 2/2023 | $2,283.00 | $1,300.00 | | $8,847.00 |
| 20 | 3/2023 | $2,283.00 | $1,300.00 | | $9,830.00 |
| 21 | 4/2023 | $2,283.00 | $1,300.00 | | $10,813.00 |
| 22 | 5/2023 | $2,283.00 | | | $13,096.00 |

**Total Delinquent Amount: $13,096.00**

