IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-21598-JAD |
| Gale Phay Zilko, | : | Chapter 13 |
|     Debtor, | : | |
| | : | Document No. |
| Ronda J. Winnecour, | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Gale Phay Zilko, | : | |
|     Respondent. | : | |

**CERTIFICATE OF SERVICE OF ANSWER TO TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE**

    I certify under penalty of perjury that I served the above-captioned pleading(s) on the parties at the addresses specified below or on the attached list on May 4, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

<u>Service by First-Class Mail</u>:
Gale Phay Zilko
1009 Edward Street
North Versailles, PA 15137

<u>Service by NEF</u>:

| | |
|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour |
| 1001 Liberty Avenue | Suite 3250 USX Tower |
| Liberty Center, Suite 970 | 600 Grant Street |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |

| | | |
|---|---|---|
| EXECUTED ON: <u>May 4, 2023</u> | By: | <u>/s/ Dennis J. Spyra, Esq.</u> |
| | | Dennis J. Spyra, Esq. |
| | | 3265 Long Hollow Road |
| | | Elizabeth, PA 15037 |
| | | (412) 673-5228 |
| | | dennis@spyralawoffice.com |
| | | PA I.D. # 46188 |

**PAWB Local Form 7 (07/13)**