IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Gale Phay Zilko, | : | Bankruptcy No. 21-21598-JAD |
|    Debtor | : | Chapter 13 |
| Gale Phay Zilko, | : | Document No. |
|    Movant | : | |
|       v. | : | |
| Ronda J. Winnecour, Trustee, | : | |
|    Respondent. | : | |

### SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING ORDER CONFIRMING PLAN ON FINAL BASIS

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the None filed on June 29, 2023. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and are reflected in the attached document.

The undersigned further certifies that:

    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X     No other order has been filed pertaining to the subject matter of this agreement.

    The attached document does not require a proposed order.


Dated: June 29, 2023                      By: /s/ Dennis J. Spyra, Esq.
                                                     Dennis J. Spyra, Esq.
                                                     3265 Long Hollow Road
                                                     Elizabeth, PA 15037
                                                     (412) 673-5228
                                                     dennis@spyralawoffice.com
                                                     PA I.D. # 46188

**PAWB Local Form 26 (06/17)**